UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Katerina Zagorovskaya

              Debtor

Chapter 13

Bankruptcy No. 25-14369-AMC

<u>TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307</u>

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 10/29/2025.

3.      This Motion to Dismiss has been filed for the following reason(s):

- At the time of the first meeting of creditors, the Debtor(s) was/were directed to file an amended plan to comply with 11 U.S.C. Section(s) 1322 and/or 1325. No amended plan has been filed.

- There has been unreasonable delay as defined by 11 U.S.C Section 1307(c)(1) by the above-captioned Debtor(s).

- Debtor(s) has/have failed to file an accurate statement of current monthly income as prescribed by the appropriate Official Form B122C, and, if the debtor(s) has/have current monthly income greater than the median family income for the applicable state and family size, an accurate calculation of disposable income in accordance with 1325(b)(3), prepared as prescribed by the appropriate Official Form B122C, as required by Bankruptcy Rule 1007(b)(6).

- The Plan does not appear to be feasible.

WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 04/15/2026                                         Respectfully submitted,

/s/ Ann Swartz, Esq.
_____
Ann Swartz, Esq.
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trusteee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606
Telephone: (610) 779-1313