**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------------x
In re                                      :
                                           :          Chapter 13
                                           :
        Katerina Zagorovskaya,             :
                                           :
                                           :          Case No.  25-14369 (AMC)
                            Debtor.        :
-------------------------------------------------------x
```

**THE CITY OF PHILADELPHIA'S
OBJECTION TO THE PROPOSED CHAPTER 13 PLAN**

TO THE HONORABLE ASHELY M. CHAN:

AND NOW, comes the City of Philadelphia, (the "City"), a creditor in the above-captioned case, by and through its Counsel, Pamela Elchert Thurmond, Senior Attorney, pursuant to Bankruptcy Code §§ 1308(a), 1322(a)(2), and L.B.R. 3015-4, to object to the proposed Chapter 13 Plan (the "Plan"), of the above-captioned debtor, (the "Debtor").  The City avers the following in support thereof:

1.      On October 29, 2025, the Debtor filed a voluntary petition for Chapter 13 bankruptcy with this Court.

2.      On April 21, 2026, the City filed a claim that included unliquidated, non-filed business tax returns for Earnings Tax for which the Debtor was obligated to file returns but has failed to do so.  A true and correct copy of the claim is attached hereto and marked as "**Exhibit A**."

3.      A portion of the unliquidated claim would be a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code.

4.      As neither the Debtor nor another party in interest has objected to the Claim, it is deemed allowed. See 11 U.S.C. § 502(a).

5.      As of May 12, 2026, the Debtor failed to file the following required tax returns with the City of Philadelphia:

**Earnings Tax** for the periods: 12/31/2021, 12/31/2022, & 12/31/2024

6.      The Plan should not be confirmed as the Debtor has failed to file all tax returns for all taxable periods during the four (4) year period ending on the date the petition was filed. See 11 U.S.C. § 1308(a).

7.      A proposed plan must "provide for the full payment . . . of all claims entitled to priority" unless the claim holder agrees otherwise. See 11 U.S.C. § 1322(a)(2).

8.      The Plan should not be confirmed until all returns are filed and all the taxes that constitute priority tax claims under 11 U.S.C. § 507 are provided for in the plan. See 11 U.S.C. § 1322(a)(2).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: May 13, 2026                    By:      */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov

**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| Katerina Zagorovskaya, | : | |
| **Debtor** | : | **Bky. No.** 25-14369 (AMC) |

\*   \*   \*   \*   \*   \*   \*

**CERTIFICATION OF SERVICE**

I, */s/ Pamela Elchert Thurmond*, certify that on May 13, 2026 , I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- The City of Philadelphia's Objection to The Proposed Chapter 13 Plan

- Exhibit A, City of Philadelphia's Proof of Claim, filed April 21, 2026.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: May 13, 2026

By: */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Assistant City Solicitor
PA Attorney I.D. 202054
Attorney for the City of Philadelphia

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: SCOTT F. WATERMAN
Address: Office of the Chapter 13 Standing Trustee
    2901 St. Lawrence Ave. – Suite 701
    Reading, PA 19606
Relationship of Party: Chapter 13 Trustee
Via:    **(CM/ECF)**    1st Class Mail    Certified Mail    e-mail: Other:

Name: UNITED STATES TRUSTEE
Address: Office of United States Trustee
    Robert N.C. Nix Federal Building
    900 Market Street – Suite 320
    Philadelphia, PA 19102
Relationship of Party: United States Trustee
Via:    **(CM/ECF)**    1st Class Mail    Certified Mail    e-mail: Other:

Name: BRAD J. SADEK
Address: 1500 JFK Boulevard – Suite 220
    Philadelphia, PA 19106
Relationship of Party: Debtor's Counsel of Record
Via:    **(CM/ECF)**    1st Class Mail    Certified Mail    e-mail: Other:

Name: Katerina Zagorovskaya
Address: 2326 Borbeck Avenue
    Philadelphia, PA 19152
Relationship of Party:
Via:    CM/ECF    **(1st Class Mail)**    Certified Mail    e-mail: Other:

Name:
Address:
Relationship of Party:
Via:    CM/ECF    1st Class Mail    Certified Mail    e-mail: Other:

Name:
Address:
Relationship of Party;
Via:    CM/ECF    1st Class Mail    Certified Mail    e-mail: Other: